THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL ACCESSORIES STORES, INC., Respondent, against BOYD E. GOLDER et al., as Assessors of the City of Utica, et al., Appellants.

Argued February 24, 1942; decided April 16, 1942.

*Bartle Gorman, Corporation Counsel (M. Francis Malone* of counsel), for appellants.

*John M. Liddy* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.